United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WARWICK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>REJUVI LABORATORY, INC., et al.,<br><br>　　　　　Defendants. | Case No.  18-cv-02701-TSH<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

　　　On October 29, 2018, the Court administratively closed this matter pending bankruptcy proceedings, which have now been resolved.  ECF Nos. 34, 36.  Accordingly, the Court shall conduct a case management conference on February 25, 2021 at 10:00 a.m. by Zoom video conference.  The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.  This conference shall be attended by lead trial counsel.  Parties who are not represented by counsel must appear personally.

　　　By February 18, 2021, the parties shall file a joint case management statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/tshorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.  If the statement is e-filed, no chambers copy is required.

　　　**IT IS SO ORDERED.**

Dated: January 28, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge